AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1462
Facsimile: (213) 894-0081

Attorneys for Defendant
GERARD SPREWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8-CR-592-TJH |
| Plaintiff, | **ORDER REDUCING SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT** |
| v. | |
| GERARD SPREWELL, | **REG. NO. 47362-112** |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS Defendant Gerard Sprewell's Motion to Reduce His Sentence Under the First Step Act. It is ordered that Defendant's previously imposed sentence (as reflected in the last judgment) is reduced to a prison term of time served, and a supervised release term of 8 years. All other terms and conditions of the last judgment shall remain the same, except that Defendant will also be subject to General Order 18-10.

DATED: Dec. 16, 2019       By _____
                                                    HON. TERRY J. HATTER JR.
                                                    United States District Judge

**CC: USM, BOP**